```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>Pacific Business Plaza, Inc., a California Corporation,<br><br>    Defendants | Case No. **2:10-cv-00938-MCE-GGH**<br><br>**STIPULATION RE: REQUEST FOR ADDITIONAL TIME TO PERFORM DISCOVERY; ORDER** |

Plaintiff, Scott N. Johnson, and Defendant, Pacific Business Plaza, Inc., by and through their respective attorneys of record (Scott N. Johnson; Brian M. Englund) hereby request an extension of time until July 21, 2011, to perform additional discovery for the case. The parties currently have VDRP mediation set for April 28, 2011. Plaintiff and Defendant are in settlement negotiations and would therefore like to extend discovery deadlines in hopes of resolving the matter prior to the discovery cut-off.

Dated:   March 22, 2011                    /s/Scott N. Johnson

                                                 Scott N. Johnson,

                                                 Attorney for Plaintiff


Dated:   March 22, 2011                    /S/Brian M. Englund

                                                 Brian M. Englund,

                                                 Attorney for Defendant,

                                                 Pacific Business Plaza,

                                                 Inc.

**ORDER**

   IT IS HEREBY ORDERED THAT the discovery deadline set forth in the Court's Pretrial Scheduling Order of September 27, 2010 is hereby modified to June 24, 2011.  All other dates in the Pretrial Scheduling Order remain the same.

Dated: March 28, 2011

                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE