JAMES J. BANKS (SBN 119525)
BRIAN M. ENGLUND (SBN 70753)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)
Email:  jbanks@bw-firm.com
Email:  benglund@bw-firm.com

Attorneys for Defendant
PACIFIC BUSINESS PLAZA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>PACFIC BUSINESS PLAZA, INC., a California Corporation,<br><br>          Defendants. | Case No. 2:10-CV-00938-MCE-GGH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES; AND ORDER**<br><br>Date: March 31, 2011<br>Time: 10:00 a.m.<br>Courtroom: 9<br><br>Magistrate Judge:  Gregory G. Hollows |

{00056340.DOC; 1 }

STIPULATION TO CONTINUE HEARING DATE

The parties stipulate as follows:

The parties are scheduled for a VDRP session on April 28, 2011. Based on the stipulation of the parties, the Court ordered on March 28, 2011, that the discovery cut off is continued from April 21, 2011 to June 24, 2011. The parties are willing to stay any further discovery until after April 28, 2011. Accordingly, the parties stipulate and request that the hearing on defendant's motion to compel further discovery responses may be continued from March 31, 2011, to May 5, 2011, at 10:00 a.m.

DATED: March 29, 2011                               BANKS & WATSON


                                                By: /s/ *Brian M. Englund*
                                                    BRIAN M. ENGLUND
                                                    Attorneys for Defendant
                                                    PACIFIC BUSINESS PLAZA, INC.


DATED: March 29, 2011


                                                By: /s/ *Scott N. Johnson*
                                                    SCOTT N. JOHNSON
                                                    Plaintiff, In Pro Per


**ORDER**

Based on the stipulation of the parties, and for good cause shown, the hearing on defendant's motion to compel further discovery responses is hereby continued from March 31, 2011, to May 5, 2011, at 10:00 a.m.


DATED: March 30, 2011                    /s/ Gregory G. Hollows
                                         JUDGE OF THE UNITED STATES DISTRICT COURT