1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

                                    ) Case No.**2:10-cv-00938-MCE-GGH**
11 Scott N. Johnson                 )
                                    ) **ORDER RE: STIPULATED DISMISSAL**
12          Plaintiff,              )
                                    )
13      vs.                         )
                                    )
14 Pacific Business Plaza, Inc.,    )
                                    )
15                                  )
                                    )
16          Defendants              )
                                    )
17 _____ )

18      Pursuant to the parties' Stipulation, and good cause

19 appearing, IT IS HEREBY ORDERED THAT this action be and is

20 hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

21 Each side shall bear their own costs and attorneys' fees.

22 The Clerk of Court is accordingly directed to close this

23 file.

24 Dated: May 3, 2011

25

26 _____

27 MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

28

              PROPOSED ORDER RE STIPULATED DISMISSAL

                 CIV: S-10-cv-00938-MCE-GGH- 1